UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LAVIAL COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN,<br><br>Defendant. | No. 2:13-cv-1888 AC P<br><br><br>ORDER |

By order filed October 28, 2013, plaintiff's complaint was dismissed and twenty eight days leave to file an amended complaint was granted. Twenty eight days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: December 10, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1